JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IPS CORPORATION, a Delaware Corporation, and WELD-ON ADHESIVES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>T. CHRISTY ENTERPRISES, INC. a California corporation,<br><br>Defendant. | Case No. 8:18-cv-01651-AG-ADS<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17784475.2
211654-10048

ORDER ON
STIPULATION OF DISMISSAL

**ORDER**

This Court hereby orders as follows:

1. This action is hereby dismissed with prejudice; and
2. Each party shall bear its own respective attorney's fees and costs.

Dated: May 29, 2019

_____
Hon. Andrew J. Guilford
USDC Judge of Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17784475.2
211654-10048

2

ORDER ON
STIPULATION OF DISMISSAL